UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
ANTOSIK, MICHAEL ANDREW          Case No. 09-53012 MBM
                                  Chapter 7
                                  HON. Marci B. McIvor

            Debtor(s).           /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Wilshire<br>P.O. Box 7195<br>Pasadena, CA 91109-7195 | 10 | $768.85 |
| **TOTAL** | | **$768.85** |

Dated: September 19, 2011

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600
Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com